# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**DEMETRIS ALLEN,**

    **Plaintiff,**

vs.                                                                           Case No. 4:17cv340-RH/CAS

**JULIE L. JONES**,

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, attempted to file a civil rights case in this Court in early August 2017. However, Plaintiff did not pay the filing fee at the time he submitted his complaint, ECF No. 1, nor did he file an in forma pauperis motion. An Order was entered on August 7, 2017, directing Plaintiff to do one or the other if he desired to proceed with this case. ECF No. 3. Plaintiff was also required to file an amended complaint on the approved form for use in this Court. *Id.* Plaintiff's deadline for compliance was September 7, 2017. *Id.*

He was warned that no further action would be taken on this case until Plaintiff either pays the filing fee for files an in forma pauperis motion,

and he was cautioned that if he did not comply, an Order may be entered recommending that the case be dismissed.  It is apparent that Plaintiff has abandoned this litigation as nothing further has been received from Plaintiff.  This case should now be dismissed.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).

**IN CHAMBERS** at Tallahassee, Florida, on September 27, 2017.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**
**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:17cv340-RH/CAS